# UNITED STATES DISTRICT COURT

for the

District of Colorado

CB BRAND STRATEGIES, LLC

*Plaintiff(s)*

v.

FLEXIQUOR LLC and VINOVOGUE LLC

*Defendant(s)*

Civil Action No. 26-CV-4738-CYC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Flexiquor LLC
1942 Broadway Street
Boulder, CO 80302

Vinovogue LLC
2519 Shields Street
Fort Collins, CO 80526

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward F. Maluf
Owen R. Wolfe
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/24/2026

s/ D. Hernandez

*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ________________ .

❒ I personally served the summons on the individual at *(place)* ______________________________

______________________________ on *(date)* ________________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________________

______________________________ , a person of suitable age and discretion who resides there,

on *(date)* ________________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ________________

______________________________ on *(date)* ________________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc: